People v Villafane (2019 NY Slip Op 00028)





People v Villafane


2019 NY Slip Op 00028


Decided on January 3, 2019


Appellate Division, First Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on January 3, 2019

Friedman, J.P., Richter, Gesmer, Kern, Moulton, JJ.


7983 1742/09

[*1]The People of the State of New York, Respondent,
v
Antonio Villafane, Defendant-Appellant.


The Legal Aid Society, New York (Justine M. Luongo of counsel), for appellant.
Cyrus R. Vance, Jr., District Attorney, New York (David P. Stromes of counsel), for respondent.



Order, Supreme Court, New York County (Charles H. Solomon, J.), entered on or about March 12, 2015, which adjudicated defendant a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.
The court providently exercised its discretion when it declined to grant a downward departure (see People v Gillotti, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were outweighed by the egregious circumstances of the underlying
offense, as well as defendant's prior sex offense against another child.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: JANUARY 3, 2019
CLERK